IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KIMBERLY L. EASTER**                                                          **PLAINTIFF**

VS.                         **CASE NO. 1:11CV00094 HDY**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice.  The relief sought is denied.

DATED this   17   day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE